1030

[No. 61416-9-I. Division One. February 2, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MALINA C. RIALS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-8-03969-6, Carol A. Schapira, J., entered February 21, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 61904-7-I. Division One. February 2, 2009.]

BOARD OF TRUSTEES OF THE GLASSWORKERS AND INDUSTRY HEALTH AND SECURITY TRUST FUND ET AL., *Appellants*, v. BOOTH GLASS CO. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-31972-9, Gregory P. Canova, J., entered May 30, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 36299-6-II. Division Two. February 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA BAKER MOEURN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00026-0, Gordon Godfrey, J., entered May 14, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 36985-1-II. Division Two. February 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY RUESGA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01909-1, Thomas P. Larkin, J., entered November 9, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Armstrong, JJ.